NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000606
31-DEC-2012
09:26 AM**

NO. CAAP-12-0000606

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

IN THE MATTER OF THE GUARDIANSHIP OF HA, aka HP

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-G NO. 12-1-0015)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the records, it appears that:

(1) on June 28, 2012, Petitioners-Appellants Todd Pharmer and Stephanie Pharmer (Appellants) filed a notice of appeal;

(2) on August 27, 2012, the record on appeal was filed and the appellate clerk informed Appellants that the opening brief was due on October 8, 2012; (3) at the request of Appellants the time to file the opening brief was extended to November 7, 2012,

(4) on November 23, 2012, Appellants were informed that the time to file the opening brief expired on November 7, 2012, that this court may take such action as it deemed proper, including

dismissal of the appeal, and that relief from default should be made by motion; and (5) no opening brief was filed and no motion for relief from default was filed.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to Hawaiʻi Rules of Appellate Procedure Rule 30.

DATED: Honolulu, Hawaiʻi, December 31, 2012.

Presiding Judge

Associate Judge

Associate Judge